# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>King, Leo L. | 2. Court or Organization<br><br>U.S. District Court, W.D. Ky. | 3. Date of Report<br><br>05/05/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States District Court
501 Broadway
Paducah, Ky, 42001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Sherman, Carter, Barnhart, PSC, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Paducah Bank and Trust, Checking Account | A | Interest | J | T | | | | | |
| 2.  BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3.  -Wells Fargo Money Market Account | A | Interest | N | T | | | | | |
| 4.  -AT&T Stock | C | Dividend | L | T | | | | | |
| 5.  -Abbot Laboratories Stock | A | Dividend | K | T | | | | | |
| 6.  -Abbvie Inc Stock | A | Dividend | K | T | | | | | |
| 7.  -Archer Daniels Midland Stock | A | Dividend | L | T | | | | | |
| 8.  -Bristol Myers Squibb Stock | C | Dividend | M | T | | | | | |
| 9.  -Cegene Corp Stock | A | Dividend | N | T | | | | | |
| 10.  -Chevron Corp Stock | C | Dividend | L | T | | | | | |
| 11.  -Comcast Corp Stock | A | Dividend | K | T | | | | | |
| 12.  -Corning Inc Stock | A | Dividend | K | T | | | | | |
| 13.  -Darden Restaurants Stock | | | | | Sold | 08/12/14 | K | E | |
| 14.  -Disney Stock | C | Dividend | M | T | | | | | |
| 15.  -Exxon Stock | B | Dividend | L | T | | | | | |
| 16.  -GE Stock | C | Dividend | L | T | | | | | |
| 17.  -General Mills Stock | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Halliburton Co Stock | A | Dividend | K | T | | | | | |
| 19. -Hasbro Inc Stock | B | Dividend | K | T | | | | | |
| 20. -Intell Corp Stock | C | Dividend | M | T | | | | | |
| 21. -IBM Stock | C | Dividend | M | T | | | | | |
| 22. -McCormick & Co Inc Stock | B | Dividend | L | T | | | | | |
| 23. -Merk & Co. Stock | C | Dividend | L | T | | | | | |
| 24. -Microsoft Stock | C | Dividend | M | T | | | | | |
| 25. -Oracle Corp Stock | A | Dividend | L | T | | | | | |
| 26. -PNC Financial Services Stock | A | Dividend | K | T | | | | | |
| 27. -Nuveen Invt Fds Inc Real Estate Secs Fund Cl A | C | Dividend | M | T | | | | | |
| 28. -PIMCO All Asset Authority Fund Class C | C | Dividend | M | T | | | | | |
| 29. -PIMCO FD PAC INVT MGMT, All Asst Fund Class C | C | Dividend | M | T | | | | | |
| 30. -Principal Invs Fd Real Estate Secs Fd Cl A | B | Dividend | M | T | | | | | |
| 31. -Principal Global Div Income Fd | C | Dividend | M | T | | | | | |
| 32. -Proctor & Gamble Stock | C | Dividend | M | T | | | | | |
| 33. -Southern Company Stock | B | Dividend | K | T | | | | | |
| 34. -Vodafone Group Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Verison Stock | A | Dividend | K | T | Spinoff (from line 34) | 02/24/14 | K | | |
| 36.  -Amer Exp Centurion Bk CD, Salt Lake City, UT | | | | | Redeemed | 12/16/14 | L | A | |
| 37.  -Louisville/Jefferson Cnty Ky Metro Gvt Pkg ath riv fr city | A | Interest | K | T | | | | | |
| 38.  -Shelby Cnty Ky sch dist fin corp sch bldg rev b/e | A | Interest | K | T | | | | | |
| 39.  -First Trust Portfolios Dividend Income Trust Seires | | | | | Redeemed | 05/23/14 | K | A | |
| 40.  -First Trust Dorsey Wright Relative Strength | A | Dividend | L | T | Buy | 05/27/14 | L | | |
| 41.  BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 42.  -Artisan Partners FDS Small Cap FDS | A | Dividend | J | T | Buy (add'l) | 08/29/14 | J | | |
| 43.  -Dodge & Cox FDS, Intl Stk Fd | A | Dividend | K | T | Sold (part) | 08/29/14 | J | A | |
| 44.  -First Eagle Funds Sogen Overseas Fund | A | Dividend | K | T | | | | | |
| 45.  -Goldman Sachs Tr, Finl Square Treas Instrs Fd | A | Dividend | J | T | Buy (add'l) | 08/29/14 | J | | |
| 46.  | | | | | Sold (part) | 01/10/14 | J | A | |
| 47.  | | | | | Sold (part) | 04/11/14 | J | A | |
| 48.  | | | | | Sold (part) | 07/11/14 | J | A | |
| 49.  | | | | | Sold (part) | 10/10/14 | J | A | |
| 50.  -Harbor Fund Cap, Appreciation Fd Instl Cl | A | Dividend | K | T | Sold (part) | 08/29/14 | J | A | |
| 51.  -Harris Assoc Invt Tr Oakmark Equity and Income FD | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Janus Invt Fd, small cap value fd cl 1 | A | Dividend | K | T | | | | | |
| 53. -Janus Invt Fd, flexible bd fd class 1 | A | Dividend | K | T | | | | | |
| 54. -Metropolitan West Funds total return bd fd cl a | A | Dividend | J | T | | | | | |
| 55. -Davis New York Venture, Fund inc cl y | A | Dividend | K | T | | | | | |
| 56. -Wells Fargo FDS Emerging Mrkts Equity | A | Dividend | K | T | | | | | |
| 57. -PIMCO Fds Pac Invt, mgmt ser-commodity real return | A | Dividend | K | T | | | | | |
| 58. -Investment ManagersSer TR I Pioneer Oak Ridge Small Cap Growth Fund* | A | Dividend | K | T | Buy (add'l) | 08/29/14 | J | | |
| 59. -Dreyfus, Emerging Mrkts Fd cl 1 | A | Dividend | K | T | | | | | |
| 60. RS Invt Tr, Value Fd cl y | A | Dividend | J | T | | | | | |
| 61. T Rowe Price Real Estate, Fund Inc. | A | Dividend | J | T | | | | | |
| 62. -T Rowe Price Blue Chip, growth fd | A | Dividend | K | T | | | | | |
| 63. -Rowe T Price Mid-Cap, growth fd inc | A | Dividend | K | T | | | | | |
| 64. IRA #1 | A | Int./Div. | J | T | | | | | |
| 65. -Europacific Growth Fd, cl A | | | | | | | | | |
| 66. -Growth Fund America, Cl A | | | | | | | | | |
| 67. -New Economy Fund SBI Cl A | | | | | | | | | |
| 68. -Smallcap World Fd A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Wash Mutl Invs Fd Inc, Cl A | | | | | | | | | |
| 70. IRA #2 | D | Int./Div. | M | T | | | | | |
| 71. -Artisan Partners FDS Small Cap FDS | | | | | Buy (add'l) | 05/21/14 | J | | |
| 72. | | | | | Sold (part) | 09/15/14 | J | A | |
| 73. Blackrock FDS II Core Bond Port Instl Class | A | Dividend | J | T | Buy | 09/15/14 | J | | |
| 74. -Blair William Fds, Intl Growth Fd Cl 1 | | | | | | | | | |
| 75. -Delaware Group Adviser Fds Inc, US Growth | | | | | Sold (part) | 05/20/14 | J | A | |
| 76. -Goldman Sachs Tr, Finl Square Treas Instrs Fd | | | | | Buy (add'l) | 05/21/14 | J | | |
| 77. -John Hancock FDS II Global Absolute Return FD | | | | | Sold | 05/20/14 | J | A | |
| 78. -Harris Assoc Invt Tr, Oakmark Intl Fd Cl 1 | | | | | Buy (add'l) | 09/16/14 | J | | |
| 79. -Hotchkis & Wiley Fds, Mid Cap Value Fd Cl 1 | | | | | | | | | |
| 80. -Janus Invt Fd, Flexible Bd Fd Cl 1 | | | | | | | | | |
| 81. -Mainstay FDS TR Marketfield Fd | | | | | | | | | |
| 82. -John Hancock Funds II Absolute Return Currency | A | Dividend | J | T | Buy | 05/20/14 | J | | |
| 83. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 84. -JP Morgan TR 1, US Large Cap Core Plus Fd | | | | | Sold (part) | 05/20/14 | J | A | |
| 85. | | | | | Buy (add'l) | 09/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Nationwide Mut FD New Geneva M/Cap Growth Fd* | A | Dividend | J | T | | | | | |
| 87. -Neuberger Berman Alternative Fds Long Short Fd | | | | | | | | | |
| 88. -Blackrock FDS Emerging MKT Long/Short Equity FD | | | | | Sold (part) | 05/20/14 | J | A | |
| 89. -Putnam Absolute Return | | | | | | | | | |
| 90. -Heartland Value Plus FD | | | | | | | | | |
| 91. -Oppenheimer Dev Mkts, CL Y | | | | | Sold (part) | 09/15/14 | J | A | |
| 92. -PIMCO Fds Pac Invt, Mgmt ser total Return Fd | | | | | Sold | 09/15/14 | J | A | |
| 93. -PIMCO Fds Pac Invt, Mgmt ser-commodity Real Return | | | | | Sold (part) | 09/15/14 | J | A | |
| 94. -Dreyfus, Emerging Mkts Fd, Cl 1 | | | | | Buy (add'l) | 09/15/14 | J | | |
| 95. -T Rowe Price Real Est | | | | | | | | | |
| 96. -TCW Fds Inc Relative, Value Lrge Cap Fd Cl 1 | | | | | Sold (part) | 05/20/14 | J | A | |
| 97. -Natixis Fds Tr II, Asg Mngd Futures Strategy Fd | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. TRUST #1 | D | Int./Div. | M | T | | | | | |
| 101. -Wells Fargo Money Mrkt Account | | | | | | | | | |
| 102. -Bond Fund of America, Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Capital Income Bldr, Cl A | | | | | | | | | |
| 104. -Europacific Growth Fd, Cl A | | | | | | | | | |
| 105. -Growth Fund America, Cl A | | | | | | | | | |
| 106. -Investment Co America CL A | | | | | | | | | |
| 107. TRUST #2 | D | Int./Div. | M | T | | | | | |
| 108. -Well Fargo Money Mrkt Account | | | | | | | | | |
| 109. -Bond Fund of America, Cl A | | | | | | | | | |
| 110. -Capital Income Bldr, Cl A | | | | | | | | | |
| 111. -Europacific Growth Fd,, Cl A | | | | | | | | | |
| 112. -Growth Fund America, Cl A | | | | | | | | | |
| 113. -Investment Co America, Cl A | | | | | | | | | |
| 114. 401(k) #1 | | | | | | | | | |
| 115. -American Funds Income Fnd R3 | E | Dividend | M | T | | | | | |
| 116. Royal Crown Bottling Corp (2011 Appraisal) | A | Distribution | P1 | Q | | | | | |
| 117. RC Transportation Co. (2010 Appraisal) | G | Distribution | O | Q | | | | | |
| 118. Rental Agricultural Property, Henderson County, Ky ($48,111) | E | Rent | K | S | | | | | |
| 119. POP Investments, LLC (Aggregate Ownership Arrangement) | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Axis Capital Holdings LTD Stock | | | | | Sold | 02/18/14 | J | A | |
| 121. -Agilent Technologies Stock | | | | | Sold (part) | 07/09/14 | J | C | |
| 122. | | | | | Sold | 07/10/14 | J | A | |
| 123. -Alliant Corp Stock | | | | | | | | | |
| 124. -Amzn Stock | | | | | Sold (part) | 04/04/14 | J | D | |
| 125. -Anheuser Busch Inbev Stock | | | | | Buy | 02/27/14 | J | | |
| 126. -Apple Inc. Stock | | | | | | | | | |
| 127. -Autozone Inc Stock | | | | | | | | | |
| 128. -California Res Corp Stock | | | | | Spinoff (from line 160) | 12/02/14 | J | | |
| 129. -Caterpillar Inc Stock | | | | | Sold | 06/10/14 | J | C | |
| 130. -Celgene Corp Stock | | | | | | | | | |
| 131. -Centurylink Inc Stock | | | | | Sold | 02/27/14 | J | A | |
| 132. -Chevron Corp Stock | | | | | | | | | |
| 133. -Chubb Corp Stock | | | | | Buy | 02/18/14 | K | | |
| 134. -Clorox Co Stock | | | | | | | | | |
| 135. -Coca Cola Co Stock | | | | | Sold | 07/09/14 | K | D | |
| 136. -ConocoPhillips Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Deere & Co Stock | | | | | | | | | |
| 138. -Duke Energy Corp Stock | | | | | | | | | |
| 139. -East West Bancorp Inc Stock | | | | | | | | | |
| 140. -Emerson Elec Co Stock | | | | | Buy | 02/27/14 | K | | |
| 141. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 142. -Exxon Mobil Corp Stock | | | | | | | | | |
| 143. -FMC Technologies Inc. Stock | | | | | | | | | |
| 144. -F5 Networks Inc | | | | | | | | | |
| 145. -General Electric Co Stock | | | | | | | | | |
| 146. -Gilead Sciences Inc Stock | | | | | | | | | |
| 147. -Huntsman Corp Stock | | | | | Buy | 07/18/14 | K | | |
| 148. -Intel Corp Stock | | | | | | | | | |
| 149. -IBM Stock | | | | | | | | | |
| 150. -JP Morgan Chase & Co. Stock | | | | | | | | | |
| 151. -Johnson & Johnson Stock | | | | | | | | | |
| 152. -Laboratory Corp Amer Hldgs Stock | | | | | | | | | |
| 153. -McDonalds Corp Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Monster Beverage Corp Stock | | | | | Buy | 07/09/14 | K | | |
| 155. -Merk & Co. Inc Stock | | | | | Sold | 07/18/14 | J | D | |
| 156. -National-Oilwell Inc. Stock | | | | | | | | | |
| 157. -Nike Inc Stock | | | | | Buy | 04/04/14 | K | | |
| 158. -Novartis A G Stock | | | | | | | | | |
| 159. -NOW Inc. Stock | | | | | Spinoff (from line 156) | 06/02/14 | J | | |
| 160. -Occidental Pete Corp Stock | | | | | | | | | |
| 161. -Oracle Corp Stock | | | | | | | | | |
| 162. -PNC Financial Services Group Stock | | | | | | | | | |
| 163. -Packaging Corp Amer Stock | | | | | Buy | 07/09/14 | K | | |
| 164. -Procter & Gambile Co | | | | | | | | | |
| 165. -Qualcomm Inc Stock | | | | | | | | | |
| 166. -Rockwood Holdings Inc Stock | | | | | Sold | 07/09/14 | K | D | |
| 167. -Salix Pharmaceuticals LTD Stock | | | | | Buy | 07/09/14 | J | | |
| 168. | | | | | Sold | 11/04/14 | J | A | |
| 169. -SBA Communications Corp Stock | | | | | | | | | |
| 170. -Spectra Energy Corp | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment          T =Cash Market
   (See Column C2)            U =Book Value           V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Trinity Inds Inc Stock | | | | | Buy | 11/14/14 | J | | |
| 172. -Tupperware Brands Corp. Stock | | | | | | | | | |
| 173. -US Bankcorp Del Stock | | | | | | | | | |
| 174. -Vanguard Small Cap Value ETF | | | | | | | | | |
| 175. -Virtus Insight Stock | | | | | | | | | |
| 176. -HCP Inc. Stock | | | | | Sold | 02/27/14 | J | D | |
| 177. -Fifth Third Banksafe Trust Money Market Acct | | | | | | | | | |
| 178. TRUST #3 | F | Int./Div. | P1 | T | | | | | |
| 179. -Fifth Third Banksafe Trust Money Market Account | | | | | | | | | |
| 180. -Ishares Barclays Tips Bond Fund | | | | | | | | | |
| 181. -US Treasury Infl IX Bond | | | | | Sold | 04/16/14 | L | A | |
| 182. -Axis Capital Holdings Stock | | | | | Sold (part) | 02/18/14 | J | A | |
| 183. | | | | | Sold | 02/19/14 | J | A | |
| 184. -Accenture PLC Class A Stock | | | | | | | | | |
| 185. -AT&T Stock | | | | | | | | | |
| 186. -Abbott Labs Stock | | | | | Sold | 04/07/14 | J | B | |
| 187. -Abbvie Inc Stock | | | | | Sold | 03/31/14 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Alliant Corp Stock | | | | | Sold (part) | 04/17/14 | J | B | |
| 189. -Amazon Comm Inc. Stock | | | | | Sold (part) | 04/04/14 | J | A | |
| 190. -Apple Inc Stock | | | | | | | | | |
| 191. -Atmel Corp Stock | | | | | Sold | 01/23/14 | K | A | |
| 192. -Autozone Inc Stock | | | | | | | | | |
| 193. -Biogen IDEC stock | | | | | Buy | 03/31/14 | J | | |
| 194. -CVS/Caremark Corp Stock | | | | | Sold (part) | 04/07/14 | K | D | |
| 195. | | | | | Sold | 05/27/14 | K | E | |
| 196. -Caterpillar Inc Stock | | | | | Sold | 06/10/14 | K | A | |
| 197. -California Res Corp Stock | | | | | Spinoff (from line 228) | 12/02/14 | J | | |
| 198. -Celgene Corp Stock | | | | | Sold (part) | 04/07/14 | J | D | |
| 199. -Centurylink Inc Stock | | | | | Sold | 01/23/14 | K | A | |
| 200. -Chevron Corp Stock | | | | | | | | | |
| 201. -Chubb Corp stock | | | | | Buy | 02/18/14 | J | | |
| 202. -Citigroup Inc Stock | | | | | | | | | |
| 203. -Coca Cola Co Stock | | | | | Sold | 07/09/14 | K | D | |
| 204. -Conoco Phillips Stock | | | | | Sold | 04/07/14 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Deere & Co Stock | | | | | | | | | |
| 206. -Ecolab Inc Stock | | | | | | | | | |
| 207. -Emerson Elec Co Stock | | | | | Buy | 02/27/14 | K | | |
| 208. | | | | | Buy (add'l) | 06/10/14 | K | | |
| 209. -Exxon Mobil Corp Stock | | | | | | | | | |
| 210. -Federated Kaufmann Sm Sm Cap A | | | | | Sold (part) | 03/06/14 | K | C | |
| 211. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 212. -Gilead Sciences Inc Stock | | | | | Sold (part) | 04/07/14 | K | D | |
| 213. -Huntsman Corp Stock | | | | | Buy | 07/18/14 | K | | |
| 214. -Johnson & Johnson Stock | | | | | | | | | |
| 215. -Laboratory Corp Amer Hldgs Stock | | | | | | | | | |
| 216. -McDonalds Corp Stock | | | | | | | | | |
| 217. -McKesson Corp Stock | | | | | Buy | 04/17/14 | J | | |
| 218. -Medtronic Inc. Stock | | | | | | | | | |
| 219. -Merk and Co Inc. Stock | | | | | Sold | 07/18/14 | K | C | |
| 220. -Microsoft Corp Stock | | | | | | | | | |
| 221. -Monster Beverage Corp Stock | | | | | Buy | 07/09/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Morgan Stanley Stock | | | | | Buy | 02/27/14 | K | | |
| 223. -National-Oilwell Inc Stock | | | | | | | | | |
| 224. -Nextera Energy Inc Stock | | | | | | | | | |
| 225. -Nike Inc Stock | | | | | Buy | 04/14/14 | J | | |
| 226. -Novartis A G Stock | | | | | | | | | |
| 227. -Now Inc Stock | | | | | Spinoff (from line 223) | 06/02/14 | J | | |
| 228. -Occidental Pete Corp Stock | | | | | | | | | |
| 229. -Oracle Corp Stock | | | | | | | | | |
| 230. -Procter & Gamble Stock | | | | | | | | | |
| 231. -Qualcomm Inc Stock | | | | | | | | | |
| 232. -Target Corp | | | | | Sold (part) | 01/23/14 | J | A | |
| 233. | | | | | Sold | 02/27/14 | K | D | |
| 234. -Templeton Global Invt Tr Frontier Markets FD | | | | | | | | | |
| 235. -Tupperware Brands Corp Stock | | | | | Sold (part) | 04/07/14 | K | D | |
| 236. -US Bancorp Del Stock | | | | | | | | | |
| 237. -Vanguard Dividend Appreciation ETF | | | | | Sold | 01/23/14 | K | A | |
| 238. -Vanguard Small Cap Value | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Verizon Communications Stock | | | | | | | | | |
| 240.  -Virtus Insight TR Emerging Mkts | | | | | | | | | |
| 241.  -Wisdomtree Dieefa H/Y Eq Fund | | | | | | | | | |
| 242.  -Goldman Sachs TR Satellite Strategies Port | | | | | Redeemed | 01/21/14 | J | A | |
| 243.  -PIMCO All Asset all Auth Fund | | | | | Buy (add'l) | 01/24/14 | J | | |
| 244. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 245. | | | | | Sold (part) | 03/26/14 | L | A | |
| 246. | | | | | Sold (part) | 04/03/14 | J | A | |
| 247. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 248. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 249.  -Voya Mut Fds Intl FD | | | | | Buy | 05/05/14 | K | | |
| 250.  -HCP Inc | | | | | Sold | 02/27/14 | K | C | |
| 251.  -Ing Intl Real Estate Cl | | | | | Redeemed (part) | 04/03/14 | J | A | |
| 252. | | | | | Sold | 05/05/14 | L | A | |
| 253.  -SPDR Dow Jones Global Real Estate ETF | | | | | Sold | 04/22/14 | K | E | |
| 254.  -Schwab 1000 Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 98 of my 2013 Amended disclosure should have noted Sold. All holdings of Pyxis Ong/short Equity Fund were sold on June 25, 2013.

Line 63 of my 2013 Amended disclosure, Line 58 of this disclosure, there was a merger of vendors, and the Pioneer Ser TR I Pioneer Oak Ridge Small Cap Growth fund is now known as Investment managers Ser TR I Pioneer Oak Ridge Small Cap Growth fund.

Line 86, Nationwide Mut Fd New Geneva M/Cap Growth Fd was originally purchased September 10, 2012. I neglected to list it on my 2013 disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/05/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo L. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544